UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CEDRICK LAMAR ALCORN,

    Plaintiff,

v.

LOLINANA ALCORN *et al.*,

    Defendants.

Case No. C09-5679RBL/JRC

ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE

Plaintiff has filed a proposed complaint, but has failed to either pay a filing fee or move to proceed in forma pauperis. On October 29, 2009, the court sent plaintiff a letter that outlined his need to either pay the fee or move to proceed in forma pauperis (Dkt. # 2). That letter gave plaintiff until November 30, 2009, to take action. As of January 20, 2010, nothing has been filed.

//
//
//
//

ORDER - 1

The court recommends this action be dismissed without prejudice based on plaintiff's failure to either pay the filing fee or file a motion to proceed in forma pauperis.

DATED this 22nd day of January, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry this
20th day of January, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2