# United States District Court

WESTERN DISTRICT OF WASHINGTON

CEDRICK LAMAR ALCORN

JUDGMENT IN A CIVIL CASE

v.

LOLIANA ALCORN, et al.,

CASE NUMBER: C09-5679RBL/JRC

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That this action be dismissed without prejudice based on plaintiff's failure to either pay the filing fee or file a motion to proceed in forma pauperis.

|  |  |
|---|---|
| January 25, 2010 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |